IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-01910-LTB-CBS

DELBERT C. NIELSEN, III,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.

_____

 05-cv-01911-LTB-BNB

GREG ROBERTS,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.

_____

05-cv-02089-LTB-CBS

ROGER COLBURN,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.

_____

05-cv-02090-LTB-BNB

JOHN DOE,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02101-LTB-OES

PAT HERGENRETER,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02102-LTB-PAC

JANE DOE (3),

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

PRELIMINARY ORDER OF CONSOLIDATION
_____

For the reasons stated on the record during the November 16, 2005 hearing, it is ORDERED that:

1) the motions of the Archdiocese of Denver to consolidate the above-captioned cases are preliminarily GRANTED for the limited purpose of determining whether I have jurisdiction over the claims asserted;

2) the following cases are preliminarily consolidated: *Delbert C. Nielson III v. Archdiocese of Denver*, 05-cv-01910-LTB-CBS; *Greg Roberts v. Archdiocese of Denver*, 05-cv-01911-LTB-BNB; *Roger Colburn v. Archdiocese of Denver*, 05-cv-02089-LTB-CBS; *John Doe v. Archdiocese of Denver*, 05-cv-02090-LTB-BNB; *Pat Hergenreter v. Archdiocese of Denver*, 05-cv-02101-LTB-OES; *Jane Doe v. Archdiocese of Denver*, 05-cv-02102-LTB-PAC; all filings shall be made in 05-cv-01910-LTB-CBS, which I designate as the lead case;

3) the plaintiffs shall file any motion to remand this case to State court and any brief in support on or before December 9, 2005, the Archdiocese shall file a response on or before January 6, 2006, and the plaintiffs shall file any reply on or before January 20, 2006;

4) oral argument on the motion will occur on Friday, February 3, 2006 at 2:00 P.M.;

5) the deadline for the Archdiocese to file a pleading responsive to the Complaints and to designate any non-party persons at fault shall be stayed until 20 days after the resolution of the motion to remand.

Dated: November   16  , 2005 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Chief Judge

3